| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Jorge Alejandro Rojas<br>557 Cambridge Way<br>Bolingbrook, IL 60440<br>424-219-1582 | **FILED**<br>CLERK, U.S. DISTRICT COURT<br><br>6/15/22<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___EEE___ DEPUTY |
| ATTORNEY(S) FOR: Plaintiff - Pro Se | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS<br><br>                              Plaintiff(s),<br>v.<br>OWNER OF TELEPHONE NUMBER<br>310-955-5813<br><br>                              Defendant(s). | CASE NUMBER:<br>**CV22-4100-FLA(PVCx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff, pro se, or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| OWNER OF TELEPHONE NUMBER 310-955-5813 | Defendant. |
| JORGE ALEJANDRO ROJAS | Plaintiff. |

06/15/2022
Date

*(Signature)*

Attorney of record for (or name of party appearing in pro per):

Jorge Alejandro Rojas

CV-30 (05/13)                              NOTICE OF INTERESTED PARTIES