Name: Jorge Alejandro Rojas

Address: 557 Cambridge Way

Bolingbrook, IL 60440

Phone Number: 424-219-1582

Email Address: rojas.jorge96@gmail.com

*Pro Se*

FILED
CLERK, U.S. DISTRICT COURT

7-24-2022

CENTRAL DISTRICT OF CALIFORNIA
BY: TF   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JORGE ALEJANDRO ROJAS | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:22-cv-04100-FLA-PVC |
| v. | |
| OWNER OF TELEPHONE NUMBER 310-955-5813 | **APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| DEFENDANT(S) | |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✓] A Computer with internet access.

   [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✓] A scanner to convert documents that are only in paper format into electronic files.

   [✓] A printer or copier to create required paper copies such as chambers copies.

   [✓] A word-processing program to create documents; and

   [✓] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 07/24/2022   Signature: /s/ JR

CV-005 (02/20)   APPLICATION FOR PERMISSION FOR ELECTRONIC FILING