Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

```
                        FILED
              CLERK, U.S. DISTRICT COURT

              7-24-2022

            CENTRAL DISTRICT OF CALIFORNIA
            BY: _____ TF _____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, | Case No.: 2:22-cv-04100-FLA-PVC |
| Plaintiff, | |
| vs. | |
| OWNER OF TELEPHONE NUMBER 310-955-5813., | **CERTIFICATE OF SERVICE OF APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| Defendant. | |

I, Jorge Alejandro Rojas, certify that I was unable to mail a copy of the July 21, 2022 Application for Permission for Electronic Filing to Defendant in this action as it is a party that has yet to be identified.

Dated: July 24, 2022

CERTIFICATE OF SERVICE OF APPLICATION FOR PERMISSION FOR ELECTRONIC FILING - 1

1

Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582
Rojas.jorge96@gmail.com

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20    CERTIFICATE OF SERVICE OF APPLICATION FOR PERMISSION FOR
      ELECTRONIC FILING - 2