## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, <br><br> PLAINTIFF(S) <br> v. <br> OWNER OF TELEPHONE NUMBER 310-955-5813, <br><br> DEFENDANT(S) | CASE NUMBER <br> 2:22-cv-04100-FLA (PVCx) <br><br> ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |

IT IS ORDERED that the Application for Permission for Electronic Filing by Plaintiff Jorge Alejandro Rojas is hereby:

[✓] GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: July 27, 2022

_____
United States District Judge

[ ] DENIED

*Comments:*

Dated: _____

_____
United States District/Magistrate Judge

CV-05 Order (12/15)   ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING