Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>         Plaintiff,<br><br>vs.<br><br>OWNER OF TELEPHONE NUMBER 310-955-5813,<br><br>         Defendant. | Case No.:  2:22-cv-04100-FLA-PVC<br><br>Judge Fernando L. Aenlle-Rocha<br>Magistrate Judge Pedro V. Castillo<br><br>**DISCOVERY MATTER**<br><br>**STATUS REPORT CONCERNING DISCOVERY** |

Plaintiff, Jorge Alejandro Rojas ("Plaintiff"), pursuant to this Court's July 19, 2022 Order Granting Plaintiff's Ex Parte Application for Subpoena Duces Tecum to Determine Identity of Defendant (Dkt. 12), provides the following Status Report.

This Court granted Plaintiff's second application of a subpoena on August 16, 2022, and required routine discovery reports beginning September 16, 2022 in that

1

Order (Dkt 18). Plaintiff is unsure if the Court's August 16, 2022 order vacated or modified the reporting requirements of the July 19, 2022 order, so he is providing the following status report.

**A. <u>Status of Service of the Discovery Requests</u>**

Plaintiff served the first subpoena, directed at Bandwith.com CLEC, LLC on or about July 25, 2022. Plaintiff served the second subpoena, directed at GoTo Communications, Inc, on or about August 16, 2022.

**B. <u>Information Received in Response to the Requests</u>**

The first subpoena identified GoTo Communications, Inc as being the next wholesale customer for the telephone number at issue in this matter. Plaintiff then sought a subpoena directed at this entity, which the Court granted. Plaintiff has not received responsive records from GoTo Communications, Inc, as of this filing.

**C. <u>Communications with Identified Parties</u>**

Plaintiff has not yet identified the ultimate end user which is making the telemarketing calls alleged in the Complaint. Plaintiff notes that since the filing of the Complaint there have been several additional telephone calls, and Plaintiff intends to amend the Complaint to reflect the additional calls upon receipt of the identity of the end user.

Respectfully submitted,

/ / /

Dated: August 19, 2022                    */s/ Jorge Alejandro Rojas*
                                          JORGE ALEJANDRO ROJAS
                                          Rojas.jorge96@gmail.com
                                          Plaintiff in Pro Se
                                          557 Cambridge Way
                                          Bolingbrook, IL 60440
                                          (424) 219-1582


### **CERTIFICATE OF SERVICE**

As this is an ex parte application for which no Defendant has been identified yet, no copy of this filing was provided to any Defendant.

3