ELLIOTT N. TIOMKIN, ESQ., SBN 248737
LAW OFFICES OF ELLIOTT N. TIOMKIN
16133 Ventura Boulevard, Suite 700
Encino, California 91436
Telephone: (310) 774-1437· Fax: (310) 919-3744
*etiomkin@gmail.com*

Attorneys for Defendant, RONEN
OHAYON, JOSEPH DANIEL RUFFIN,
ANASTAS EDDIE ARUTYUNYAN, and
ALL STATE REMODELING, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, | CASE NO. 2:22-cv-04100-FLA-PVC |
| Plaintiff, | DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL |
| v. | |
| RONEN OHAYON, JOSEPH DANIEL RUFFIN, ANASTAS EDDIE ARUTYUNYAN, and ALL STATE REMODELING, INC., | Action Filed:     August 23, 2022 |
| Defendants. | |

Defendants, RONEN OHAYON, JOSEPH DANIEL RUFFIN, ANASTAS EDDIE

ARUTYUNYAN, and ALL STATE REMODELING, INC., ("Defendants"), by and

through the undersigned counsel, hereby answers Plaintiff JORGE ALEJANDRO

ROJAS's ("Plaintiff") unverified Complaint and, admit, deny, and allege as follows:


1. Defendants lack specific information and belief to admit or deny the allegations

contained in paragraph 1 of the Complaint and based on that lack of information or

belief, deny those allegations.

14-CV-05841-JFW-AGR

ANSWER

2. Paragraph 2 does not allege any specific facts, thus defendants are unable to admit or deny.

3. Paragraph 3 does not allege any specific facts, thus defendants are unable to admit or deny.

4. Defendants deny generally and specifically, each and every allegation contained in paragraph 4.

5. As to paragraph 5 of the Complaint, Defendants admit the following: Defendant admits that this Court has original jurisdiction over certain claims which allege a violation of TCPA. These answering defendants lack sufficient information and belief to admit or deny all other allegations contained therein and based on that lack of information and belief deny the remainder of the paragraph.

6. As to paragraph 6 of the Complaint, Defendants admit the following: All State Remodeling, Inc. conducts business in the State of California and is a California entity. The events that Plaintiff alleges are alleged to have taken place within the jurisdiction of the United States District Court, Central District of California and that Plaintiff attempts to invoke this Court's jurisdiction. These answering defendants lack sufficient information and belief to admit or deny all other allegations contained therein and based on that lack of information and belief deny the remainder of the paragraph.

7. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 7 of the Complaint and based on that lack of information or belief, deny those allegations.

8. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 8 of the Complaint and based on that lack of information or belief, deny those allegations.

9. Defendants admit the allegation in paragraph 9 of the Complaint.

10. Defendants admit the allegation in paragraph 10 of the Complaint.

11. Defendants admit the allegation in paragraph 11 of the Complaint.

12. Defendants admit the allegation in paragraph 12 of the Complaint.

13. Defendants admit the allegation in paragraph 13 of the Complaint.

14. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 14 of the Complaint and based on that lack of information or belief, deny those allegations.

15. As to paragraph 15 of the Complaint, Defendants admit the following: The statutory quote appears to be derived from statute. The remainder of the paragraph is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

16. As to paragraph 16 of the Complaint, Defendants admit the following: The selective quote appears to be derived from statute. The remainder of the paragraph is

a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

17. The entirety of Paragraph 17 is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

18. As to paragraph 18 of the Complaint, Defendants admit the following: The TCPA provides a private cause of action under certain circumstances. The remainder of the paragraph is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

19. As to paragraph 19 of the Complaint, Defendants admit the following: The quote appears to be derived from a publication. The remainder of the paragraph is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

20. As to paragraph 20 of the Complaint, Defendants admit the following: The quote appears to be derived from a publication. The remainder of the paragraph is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

21. As to paragraph 21 of the Complaint, Defendants admit the following: The selective quote appears to be derived from statute. The remainder of the paragraph is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

22. As to paragraph 22 of the Complaint, Defendants admit the following: The selective quote appears to be derived from statute. The remainder of the paragraph is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

23. The entirety of Paragraph 23 is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

24. As to paragraph 24 of the Complaint, Defendants admit the following: The selective quote appears to be derived from statute. The remainder of the paragraph is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

25. The entirety of Paragraph 25 is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

26. The entirety of Paragraph 26 is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

27. As to paragraph 27 of the Complaint, Defendants admit the following: The selective quote appears to be derived from statute. The remainder of the paragraph is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

28. As to paragraph 28 of the Complaint, Defendants admit the following: The selective quote appears to be derived from a court decision. The remainder of the

paragraph is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

29. Answering paragraph 29 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 29.

30. The entirety of Paragraph 30 is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

31. Answering paragraph 31 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 31.

32. The entirety of Paragraph 32 is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

33. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 33 of the Complaint and based on that lack of information or belief, deny those allegations.

34. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 34 of the Complaint and based on that lack of information or belief, deny those allegations.

35. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 35 of the Complaint and based on that lack of information or belief, deny those allegations.

36. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 36 of the Complaint and based on that lack of information or belief, deny those allegations.

37. As to paragraph 37 of the Complaint, Defendants admit the following: Defendant All State Remodeling, Inc. is a construction/home remodeling company. The remaining allegations in Paragraph 37 are denied.

38. Paragraph 38 is vague, ambiguous and unintelligible as written. Thus, defendants lack specific information and belief to admit or deny the allegations contained in paragraph 38 of the Complaint and based on that lack of information or belief, deny those allegations.

39. Paragraph 39 is vague and ambiguous as written. Thus, defendants lack specific information and belief to admit or deny the allegations contained in paragraph 39 of the Complaint and based on that lack of information or belief, deny those allegations.

40. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 40 of the Complaint and based on that lack of information or belief, deny those allegations.

41. Paragraph 41 is vague and ambiguous as written. Thus, defendants lack specific information and belief to admit or deny the allegations contained in paragraph 41 of the Complaint and based on that lack of information or belief, deny those allegations.

42. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 42 of the Complaint and based on that lack of information or belief, deny those allegations.

43. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 43 of the Complaint and based on that lack of information or belief, deny those allegations.

44. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 44 of the Complaint and based on that lack of information or belief, deny those allegations.

45. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 45 of the Complaint and based on that lack of information or belief, deny those allegations.

46. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 46 of the Complaint and based on that lack of information or belief, deny those allegations.

47. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 47 of the Complaint and based on that lack of information or belief, deny those allegations.

48. Paragraph 48 is vague and ambiguous as written. Thus, defendants lack specific information and belief to admit or deny the allegations contained in paragraph 48 of

the Complaint and based on that lack of information or belief, deny those

allegations.

49. Paragraph 49 is vague and ambiguous as written. Thus, defendants lack specific

information and belief to admit or deny the allegations contained in paragraph 49 of

the Complaint and based on that lack of information or belief, deny those

allegations.

50. Paragraph 50 is vague and ambiguous as written. Thus, defendants lack specific

information and belief to admit or deny the allegations contained in paragraph 50 of

the Complaint and based on that lack of information or belief, deny those

allegations.

51. Paragraph 51 is vague and ambiguous as written. Thus, defendants lack specific

information and belief to admit or deny the allegations contained in paragraph 51 of

the Complaint and based on that lack of information or belief, deny those

allegations.

52. Paragraph 52 is vague and ambiguous as written. Thus, defendants lack specific

information and belief to admit or deny the allegations contained in paragraph 52 of

the Complaint and based on that lack of information or belief, deny those

allegations.

53. Paragraph 53 is vague and ambiguous as written. Thus, defendants lack specific

information and belief to admit or deny the allegations contained in paragraph 53 of

the Complaint and based on that lack of information or belief, deny those

allegations.

54. Defendants lack specific information and belief to admit or deny the allegations

contained in paragraph 54 of the Complaint and based on that lack of information or

belief, deny those allegations.

55. Paragraph 55 is vague and ambiguous as written. Thus, defendants lack specific

information and belief to admit or deny the allegations contained in paragraph 55 of

the Complaint and based on that lack of information or belief, deny those

allegations.

56. Defendants lack specific information and belief to admit or deny the allegations

contained in paragraph 56 of the Complaint and based on that lack of information or

belief, deny those allegations.

57. Defendants lack specific information and belief to admit or deny the allegations

contained in paragraph 57 of the Complaint and based on that lack of information or

belief, deny those allegations.

58. Defendants lack specific information and belief to admit or deny the allegations

contained in paragraph 58 of the Complaint and based on that lack of information or

belief, deny those allegations.

59. Answering paragraph 59 of Plaintiff's Complaint, Defendants deny generally

and specifically, each and every allegation contained in paragraphs 59.

60. Paragraph 60 is vague and ambiguous as written. Thus, defendants lack specific information and belief to admit or deny the allegations contained in paragraph 60 of the Complaint and based on that lack of information or belief, deny those allegations.

61. Paragraph 61 is vague and ambiguous as written. Thus, defendants lack specific information and belief to admit or deny the allegations contained in paragraph 61 of the Complaint and based on that lack of information or belief, deny those allegations.

62. Paragraph 62 is vague and ambiguous as written. Thus, defendants lack specific information and belief to admit or deny the allegations contained in paragraph 62 of the Complaint and based on that lack of information or belief, deny those allegations.

63. As to paragraph 63 of the Complaint, Defendants admit the following: The selective quote appears to be derived from a court decision. The remainder of the paragraph is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

64. Paragraph 64 is vague and ambiguous as written. Thus, defendants lack specific information and belief to admit or deny the allegations contained in paragraph 64 of the Complaint and based on that lack of information or belief, deny those allegations.

65. Answering paragraph 65 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 65.

66. Answering paragraph 66 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 66.

67. Answering paragraph 67 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 67.

68. Answering paragraph 68 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 68.

69. Answering paragraph 69 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 69.

70. Answering paragraph 70 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 70.

71. Defendants admit the allegation in paragraph 71 of the Complaint.

72. Answering paragraph 72 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 72.

73. Answering paragraph 73 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 73.

74. Answering paragraph 74 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 74.

75. As to paragraph 75 of the Complaint, Defendants admit the following: The selective quote appears to be derived from a court decision. The remainder of the

paragraph is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

76. Answering paragraph 76 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 76.

77. Answering paragraph 77 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 77.

78. Answering paragraph 78 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 78.

79. At this stage of the proceedings, Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 79 of the Complaint and based on that lack of information or belief, deny those allegations.

80. Answering paragraph 80 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 81.

81. Answering paragraph 81 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 81.

82. Answering paragraph 82 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 82.

83. Answering paragraph 83 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 83.

84. Answering paragraph 84 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 84.

85. Answering paragraph 85 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 85.

86. Answering paragraph 86 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 86.

87. Answering paragraph 87 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 87.

88. Defendants lack specific information and belief to admit or deny the allegations contained in paragraph 88 of the Complaint and based on that lack of information or belief, deny those allegations.

89. Answering paragraph 89 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 89.

90. Answering paragraph 90 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 90.

91. Answering paragraph 91 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 91.

92. The entirety of Paragraph 92 is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

93. Answering paragraph 93 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 93.

94. Answering paragraph 94 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 94.

95. Answering paragraph 95 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 95.

96. Answering paragraph 96 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 96.

97. Paragraph 97 is vague and ambiguous as written. Thus, defendants lack specific information and belief to admit or deny the allegations contained in paragraph 97 of the Complaint and based on that lack of information or belief, deny those allegations.

98. Paragraph 98 is vague and ambiguous as written. Thus, defendants lack specific information and belief to admit or deny the allegations contained in paragraph 98 of the Complaint and based on that lack of information or belief, deny those allegations.

99. Paragraph 99 is vague and ambiguous as written. Thus, defendants lack specific information and belief to admit or deny the allegations contained in paragraph 99 of the Complaint and based on that lack of information or belief, deny those allegations.

100. Answering paragraph 100 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 100.

101. Answering paragraph 101 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 101.

102. Answering paragraph 102 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 102.

103. Paragraph 103 does not allege any specific facts, thus defendants are unable to admit or deny.

104. Paragraph 104 does not allege any specific facts, thus defendants are unable to admit or deny.

105. Answering paragraph 105 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 105.

106. Answering paragraph 106 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 106.

107. Answering paragraph 107 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 107.

108. Paragraph 108 does not allege any specific facts, thus defendants are unable to admit or deny.

109. The entirety of Paragraph 109 is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

110. The entirety of Paragraph 110 is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

111. The entirety of Paragraph 111 is a legal conclusion, and does not allege any specific facts, thus defendants are unable to admit or deny.

112. Answering paragraph 112 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 112.

113. Answering paragraph 113 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 113.

114. Answering paragraph 114 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 114.

115. Answering paragraph 115 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 115.

116. Answering paragraph 116 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 116.

117. Answering paragraph 117 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 117.

118. Answering paragraph 118 of Plaintiff's Complaint, Defendants deny generally and specifically, each and every allegation contained in paragraphs 118.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state facts sufficient to constitute a cause of action against Defendant.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's complaint is uncertain.

### THIRD AFFIRMATIVE DEFENSE

This action is barred by the doctrine of res judicata and/or collateral estoppel.

### FOURTH AFFIRMATIVE DEFENSE

This action is barred by the statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff lacks capacity and/or Article III standing to sue and bring this action.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to sue and bring this action because he has suffered no injury in fact.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to seek injunctive relief.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to recovery based on the doctrine of unclean hands.

### NINTH AFFIRMATIVE DEFENSE

Defendant was not the proximate cause of or has any causal connection to Plaintiff's alleged injury and damage.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate or to reasonably attempt to mitigate his damages, if any.

1

## ELEVENTH AFFIRMATIVE DEFENSE

2

3

Plaintiff cannot obtain injunctive relief against Defendant because Defendant

4

is powerless to undertake any injunctive relief.

5

## TWELFTH AFFIRMATIVE DEFENSE

6

7

Plaintiff's Complaint, and all purported claims for relief alleged in the

8

Complaint, are barred in whole or in part because Plaintiff's injury or injuries, if

9

any, was/were caused by third parties acting outside the scope of agency,

10

employment or control of Defendant.

11

12

## THIRTEENTH AFFIRMATIVE DEFENSE

13

Plaintiff's claims are barred, in whole or in part, by the doctrines of

14

estoppel, release, and waiver.

15

16

## FOURTEENTH AFFIRMATIVE DEFENSE

17

Plaintiff's claims under the TCPA are barred due to an absence of any actual

18

damages.   Hence, any statutory damages are an excessive fine and violate

19

20

Defendants' rights under the Due Process and Takings Clause of the United States

21

Constitution and/or applicable state constitutions.

22

23

24

25

26

27

28

WHEREFORE, Defendants pray that:

1. Plaintiff take nothing by this action;
2. Defendants be awarded costs, including reasonable attorneys' fees, of suit; and
3. Defendants be awarded such other relief as this Court may deem just and proper.

DATED: September 18, 2022          Respectfully submitted,

                                          LAW OFFICES OF ELLIOTT N. TIOMKIN

                                          /s/ Elliott N. Tiomkin

By  _____

                                          ELLIOTT N. TIOMKIN, ESQ.

                                          Attorneys for Defendants

## **DEMAND FOR JURY TRIAL**

Defendants hereby demand a trial by jury as to all issues of fact properly triable by jury.

DATED: September 18, 2022          Respectfully submitted,

                                          LAW OFFICES OF ELLIOTT N. TIOMKIN

                                          /s/ Elliott N. Tiomkin

By  _____

                                          ELLIOTT N. TIOMKIN, ESQ.

                                          Attorneys for Defendants