| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)<br>OR OF PARTY APPEARING IN PRO PER<br><br>Elliott N. Tiomkin, SBN 248727<br>Law Offices of Elliott N. Tiomkin<br>16133 Ventura Boulevard, Suite 700<br>Encino, California 91436<br>(310) 774-1437 telephone<br>(310) 919-3744 facsimile<br><br>ATTORNEY(S) FOR:   Ronen Ohayon, et al | CLEAR FORM |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jorge Alejandro Rojas<br><br>Plaintiff(s),<br>v.<br>Ronen Ohayon, Joseph Daniel Ruffin, Anastas Eddie Arutyunyan, and All State Remodeling, Inc.<br><br>Defendant(s) | CASE NUMBER:<br>2:22-cv-04100-FLA-PVC<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Ronen Ohayon, Joseph Daniel Ruffin, Anastas Eddie Arutyunyan, and All State Remodeling, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jorge Alejandro Rojas | Plaintiff |
| Ronen Ohayon | Defendant |
| Joseph Daniel Ruffin | Defendant |
| Anastas Eddie Arutyunyan | Defendant |
| All State Remodeling, Inc. | Defendant |

| | |
|---|---|
| 9/18/22 | /s/ Elliott N. Tiomkin |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Ronen Ohayon, Joseph Daniel Ruffin, Anastas Eddie Arutyunyan, and All State Remodeling, Inc.